FCI-FD

**FILED**

AO 240 (Rev. 6/86) Application to Proceed

SEP 29 2006

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY D. RAY

V.

BUREAU OF PRISONS

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: **06 1673**

RECEIVED 2006 SEP 1 A 11:25 FCI CUMBERLAND ACCOUNTING

I, Anthony Ray, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)
[ ] respondent/defendant      [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Complaint for Declaratory and Injunctive Relief from agency noncompliance with provisions of the Freedom of Information Act and Privacy Act.

In further support of this application, I answer the following questions.

1. Are you presently employed?      Yes [ ]   No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   I am a prisoner who has been confined continuously for more than 10 years.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                       Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?             Yes [ ]   No [X]
   d. Gifts or inheritances?                                      Yes [X]   No [ ]
   e. Any other sources?                                          Yes [ ]   No [X]

**RECEIVED** SEP 21 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Gifts:    Approximately $1800

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes [X]    No [ ]    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   Prison account balance: $50.64

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes [ ]    No [X]

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 14, 2006
                     (Date)                     Anthony Ray
                                                Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 50.64 on account to his credit at the Federal Correctional Institute — Cumberland institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: ____None____

I further certify that during the last six months the applicant's average balance was $ 44.25

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. | The application is hereby denied |
|---|---|
| _____ _____ United States Judge    Date or Magistrate | _____ _____ United States Judge    Date |

AO 243 Reverse

# United States District Court
# For the District of Columbia

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re:   Anthony D. Ray          v.   Bureau of Prisons

Civil Action No. _____


I, __Anthony D. Ray__ # __04077-000__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $150 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $150.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Anthony Ray_
Signature of Plaintiff