RECEIVED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. RAY,           )
                          )
        Plaintiff,        )
                          )
    -vs-                  )   Civil Action NO. 06-1673
                          )
FEDERAL BUREAU OF PRISONS,)
                          )
        Defendant.        )

## PETITION FOR A WRIT OF PROHIBITION OR INJUNCTION PURSUANT TO 28 USC § 1651

NOW COMES the Plaintiff in the action captioned above, Anthony D. Ray, pro se, and hereby petitions this Honorable Court, pursuant to 28 USC § 1651,[1/] to enter an Order prohibiting and enjoining the Bureau of Prisons ("BOP") from deducting funds from Plaintiff's prison account, to satisfy filing fee obligations under Prison Litigation Reform Act ("PLRA"), at a rate or frequency greater than required by this Court's order entered on September 26, 2006. In support of granting the instant petition the Court is referred to the following:

1. On Spetember 26, 2006, this Court entered an Order granting Plaintiff leave to proceed in an action under the Freedom of Information Act ("FOIA") to compel production of executive agency records without prepayment of the full $350.00 filing fee. Said

---

[1/] The pro se petitioner invokes the Court's authority to grant the relief herein requested under any other applicable statute or rule.

Order required an immediate deduction from Plaintiff's prison account of a partial filing fee in the amount of $4.89, and thereafter, that twenty percent of the preceding month's income credited to his prison account [be deducted] as continued partial payments on the remaining balance of the $350.00 filing fee." A copy of the Order is attached hereto.

2. As is reflected in the attached Inmate Account Report, the BOP has been making deductions from Plaintiff's account toward satisfaction of the filing fee at a rate and frequency in excess of that ordered by the Court - e.g., three deductions in the month of November 2006 totaling $60.00, although the preceding month's income for Plaintiff was only $109.60.

WHEREFORE, Plaintiff requests the Court to grant the instant Petition, and Order the BOP to make future PLRA deductions from Plaintiff's account in strict compliance with the Order of this Court entered September 26, 2006, and grant such other and further relief as to the Court may seem just and proper.

I declare under the penalties of perjury under the laws of the United States that my statements in the foregoing Petition are true and correct based on personal knowledge, information and belief.

Executed: December 1, 2006

Respectfully submitted,

*Anthony Ray*
Anthony D. Ray
Reg. No. 04077-000
Federal Correcitonal Institution
P.O. Box 1000
Cumberland, MD 21501-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2006, I caused a true and correct copy of the foregoing Petition for Writ of Prohibition or Injunction Pursuant to 28 USC § 1651 to be served on the attorney for the Defendant, by delivering same to prison authorities for mailing, first-class postage prepaid and addressed to:

> United States Attorney
> for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
>
> U.S. Attorney General
> Department of Justice
> Pennsylvania Avenue, N.W.
> Washington, D.C. 20530

*Anthony D. Ray*
Anthony D. Ray

PLA

**FILED**

SEP 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. RAY,                        )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   Civil Action No.   06 1673
                                       )
FEDERAL BUREAU OF PRISONS,             )
                                       )
        Defendant.                     )

## ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $ 350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1.  Plaintiff is obligated to pay an initial partial filing fee of $ __4.89__ to the Clerk of the United States District Court for the District of Columbia.

2.  Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $ 350.00 filing fee.

3.  The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time

the amount in the account exceeds $10 until the filing fee is paid.

4. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5. Plaintiff's application to proceed *in forma pauperis* is GRANTED, except to the extent that Plaintiff is required to make the payments set forth above.

SO ORDERED.

_____
United States District Judge

DATE: Sept. 26, 2006

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 04077000 | | Current Institution: | Cumberland FCI |
| Inmate Name: | RAY, ANTHONY | | Housing Unit: | UNIT A |
| Report Date: | 11/22/2006 | | Living Quarters: | A01-120U |
| Report Time: | 3:42:29 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CUM | 11/22/2006 10:31:53 AM | TL1122 | | | TRUL Withdrawal | ($2.00) | | $106.40 |
| CUM | 11/21/2006 9:54:07 PM | ITS1121 | | | Phone Withdrawal | ($8.00) | | $108.40 |
| CUM | 11/21/2006 9:12:41 PM | ITS1121 | | | Phone Withdrawal | ($4.00) | | $116.40 |
| CUM | 11/21/2006 4:34:11 PM | TL1121 | | | TRUL Withdrawal | ($2.00) | | $120.40 |
| CUM | 11/21/2006 1:09:24 PM | 33303707 | | | Western Union | $100.00 | | $122.40 |
| CUM | 11/21/2006 1:09:24 PM | GCUMD001 - 214 | | | Debt Encumbrance | | ($20.00) | -------- |
| CUM | 11/9/2006 9:36:39 PM | ITS1109 | | | Phone Withdrawal | ($4.00) | | $22.40 |
| CUM | 11/9/2006 5:07:03 PM | 12 | | | Sales | ($54.40) | | $26.40 |
| CUM | 11/8/2006 10:57:21 PM | TL1108 | | | TRUL Withdrawal | ($2.00) | | $80.80 |
| CUM | 11/8/2006 9:38:07 PM | ITS1108 | | | Phone Withdrawal | ($4.00) | | $82.80 |
| CUM | 11/7/2006 9:29:16 PM | ITS1107 | | | Phone Withdrawal | ($1.00) | | $86.80 |
| CUM | 11/7/2006 10:37:29 AM | GIPP1006 | | | Payroll - IPP | $9.60 | | $87.80 |
| CUM | 11/7/2006 10:37:29 AM | GCUMD001 - 162 | | | Debt Encumbrance | | ($1.92) | -------- |
| CUM | 11/6/2006 10:14:53 PM | ITS1106 | | | Phone Withdrawal | ($2.00) | | $78.20 |
| CUM | 11/4/2006 10:11:02 PM | ITS1104 | | | Phone Withdrawal | ($5.00) | | $80.20 |
| CUM | 11/4/2006 4:15:07 PM | ITS1104 | | | Phone Withdrawal | ($5.00) | | $85.20 |
| CUM | 11/3/2006 9:39:53 PM | ITS1103 | | | Phone Withdrawal | ($10.00) | | $90.20 |
| CUM | 11/2/2006 8:09:43 PM | ITS1102 | | | Phone Withdrawal | ($9.00) | | $100.20 |
| CUM | 11/2/2006 7:13:24 PM | 33302407 | | | Western Union | $100.00 | | $109.20 |
| CUM | 11/2/2006 7:13:24 PM | GCUMD001 - 149 | | | Debt Encumbrance | | ($20.00) | -------- |
| CUM | 11/2/2006 6:40:39 PM | 95 | | | Sales | ($6.25) | | $9.20 |
| CUM | 11/2/2006 6:32:17 PM | 88 | | | Sales | $0.00 | | $15.45 |
| CUM | 11/1/2006 10:59:59 PM | TL1101 | | | TRUL Withdrawal | ($5.00) | | $15.45 |
| CUM | 11/1/2006 10:26:47 PM | ITS1101 | | | Phone Withdrawal | ($10.00) | | $20.45 |
| CUM | 11/1/2006 4:35:11 PM | ITS1101 | | | Phone Withdrawal | ($10.00) | | $30.45 |
| CUM | 11/1/2006 11:34:17 AM | 46 | | | Sales | ($20.00) | | $40.45 |
| CUM | 11/1/2006 12:10:43 AM | GCUMD001 - 135 | | | Debt Encumbrance - Released | | $20.00 | -------- |
| CUM | 11/1/2006 12:10:43 AM | GCUMD001 | 220 | | PLRA Payment | ($20.00) | | $60.45 |
| CUM | 10/31/2006 11:03:39 PM | ITS1031 | | | Phone Withdrawal | ($10.00) | | $80.45 |
| CUM | 10/31/2006 8:34:59 PM | ITS1031 | | | Phone Withdrawal | ($5.00) | | $90.45 |
| CUM | 10/30/2006 9:39:35 PM | ITS1030 | | | Phone Withdrawal | ($5.00) | | $95.45 |
| CUM | 10/30/2006 5:09:19 PM | 33302107 | | | Western Union | $100.00 | | $100.45 |
| CUM | 10/30/2006 5:09:19 PM | GCUMD001 - 135 | | | Debt Encumbrance | | ($20.00) | -------- |

| Alpha Code | Date | Reference | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| CUM | 10/11/2006 8:40:49 PM | ITS1011 | | Phone Withdrawal | ($4.00) | $0.45 |
| CUM | 10/10/2006 11:09:23 PM | ITS1010 | | Phone Withdrawal | ($1.00) | $4.45 |
| CUM | 10/10/2006 2:06:05 PM | | 61 | PLRA Payment | ($4.89) | $5.45 |
| CUM | 10/10/2006 11:13:12 AM | GIPP0906 | | Payroll - IPP | $9.60 | $10.34 |
| CUM | 10/9/2006 4:25:38 PM | ITS1009 | | Phone Withdrawal | ($2.00) | $0.74 |
| CUM | 10/9/2006 10:27:25 AM | ITS1009 | | Phone Withdrawal | ($2.00) | $2.74 |
| CUM | 10/8/2006 11:02:01 PM | ITS1008 | | Phone Withdrawal | ($1.00) | $4.74 |
| CUM | 10/8/2006 10:15:43 PM | ITS1008 | | Phone Withdrawal | ($2.00) | $5.74 |
| CUM | 10/7/2006 10:29:33 PM | ITS1007 | | Phone Withdrawal | ($1.00) | $7.74 |
| CUM | 10/7/2006 11:49:02 AM | ITS1007 | | Phone Withdrawal | ($2.00) | $8.74 |
| CUM | 10/5/2006 6:48:08 PM | ITS1005 | | Phone Withdrawal | ($1.00) | $10.74 |
| CUM | 10/5/2006 5:54:53 PM | | 37 | Sales | ($78.60) | $11.74 |
| CUM | 10/4/2006 9:13:06 PM | ITS1004 | | Phone Withdrawal | ($5.00) | $90.34 |
| CUM | 10/3/2006 8:37:29 PM | ITS1003 | | Phone Withdrawal | ($5.00) | $95.34 |
| CUM | 10/1/2006 10:03:49 PM | ITS1001 | | Phone Withdrawal | ($4.00) | $100.34 |
| CUM | 10/1/2006 9:40:08 AM | ITS1001 | | Phone Withdrawal | ($4.00) | $104.34 |
| CUM | 9/26/2006 8:41:16 PM | ITS0926 | | Phone Withdrawal | ($2.00) | $108.34 |

1 2 3 4

**Total Transactions: 164**

Totals: $56.00 ($41.92)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CUM | $64.48 | $0.00 | $41.92 | $0.00 | $0.00 | $0.00 | $0.00 | $106.40 |
| Totals: | $64.48 | $0.00 | $41.92 | $0.00 | $0.00 | $0.00 | $0.00 | $106.40 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. RAY,                )
                               )
        Plaintiff,             )
                               )
    -vs-                       )  Civil Action No. (RWR) 06-1673
                               )
BUREAU OF PRISONS.             )
                               )
        Defendant.             )

## O R D E R

Before the Court is a Petition for a Writ of Prohibition or Injunction, in which the Plaintiff, Anthony Ray, asseverates that the Defendant, Federal Bureau of Prisons ("BOP"), is deducting funds form his inmate account, toward satisfaction of the filing fee in this action, at a rate or frequency which exceeds what is required by an order of this Court entered on September 26, 2006, granting leave to proceed in forma pauperis. Plaintiff requests the Court to order the Defendant to make future deduction toward satisfaction of the filing fee in strict compliance with the previous order; that is, no more than twenty percent of funds credited to Plaintiff's prison account during the month preceding, and no more than once a month.

Having duly considered Mr. Day's Petition and exhibits in support of this Court's issuance of the requested order, and any opposition thereto, and good cause appearing therefore,

it is

    **ORDERED**, that Plaintiff's petition for writ of prohibition or injunction is hereby granted, and it is further

    **ORDERED**, that future deductions from the Plaintiff's inmate account by the BOP, toward satisfaction of the filing fee in this action, shall be made in strict compliance with this Court's order of September 26, 2006,

 

_____
United States District Judge

_____
Date