UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY D. RAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1673 (RWR) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff has filed a motion for an order directing the service of the summons and complaint. The Court has granted plaintiff's *pro se* motion for leave to proceed *in forma pauperis*. On September 29, 2006, the Clerk of the District Court issued summonses for the defendant, the United States Attorney and the Attorney General of the United States. Service has not been performed. Accordingly, pursuant to 28 U.S.C. § 1915(d), it is hereby

ORDERED that plaintiff's motion[6] is GRANTED. It is hereby

FURTHER ORDERED that the United States Marshals Service effect service of the summons and complaint forthwith.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE: July 3, 2007