UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. RAY,<br>R# 04077-000<br>Cumberland F.C.I.<br>P.O.B. 1000<br>14601 Burbridge Road, SE<br>Cumberland, Maryland  21501-1000<br><br>                    Plaintiff,<br><br>          v.<br><br>BUREAU OF PRISONS,<br>320 First Street, N.W., Suite 958<br>Washington, D.C. 20534<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  06-1673 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Defendant requests that the Clerk of the Court please enter the appearance of Special Assistant United States Attorney Sherease Louis as counsel for the Defendant in the above-captioned case.

Respectfully submitted,

 /s/ Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th  St., N.W., Room E4220
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on this 21st day of August, 2007, I caused a copy of the foregoing Notice of Appearance to be served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**ANTHONY D. RAY**
R# 04077-000
Cumberland F.C.I.
P.O.B. 1000
14601 Burbridge Road, SE
Cumberland, Maryland  21501-1000

                                        /s/ Sherease Louis
                                       SHEREASE LOUIS