UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. RAY, )<br>)<br>　　　Plaintiff, )<br>)<br>　　　v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　 ) | Civil Action No. 06-1673 (RWR) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests an enlargement of time of thirty days, up to and including September 21, 2007, to answer, move or otherwise respond to Plaintiff's Complaint.  No previous enlargements have been sought by or granted to the United States for these purposes.  Since the Plaintiff is incarcerated and is proceeding *pro se*, LCvR7 (m) does not require that undersigned counsel confer with him about this Motion.  LCvR7(m) (requiring consultation with "opposing counsel"). The grounds for this request are as follows:

1. Plaintiff filed this complaint on or around September 29, 2006, and named the Federal Bureau of Prisons as a Defendant. On July 25, 2007, the Defendant was served with a copy of the Complaint and a sixty (60) day summons. Pursuant to the sixty (60) day summons and as reflected in the Court's docket report, Defendant is required to file an answer by September 24, 2007.  However, upon examination of the Complaint, it appears that Plaintiff is raising claims pursuant to the Freedom of Information Act ("FOIA") 5 U.S.C. § 552. Pursuant to

       5 U.S.C. § 552 (a)(4)(C), responses to FOIA complaints are due within thirty (30) days, not sixty (60) days. Therefore, a response to the Complaint is due on August 24, 2007.

2. This is Defendant's first request for an extension.

3. The agency has indicated there was a mix-up concerning which of their offices would handle the FOIA request, and which of their offices would assist in preparing a response to the Complaint. The agency is now in the process of compiling information that is necessary to respond to the Complaint.

4. Additional time is necessary to allow defense counsel to confer with agency counsel, and to prepare Defendant's response in a thorough manner.

Accordingly, for reasons stated herein, Defendant respectfully requests an enlargement of time up to and including September 21, 2007, to answer, move or otherwise respond to Plaintiff's Complaint. A proposed Order consistent with the relief requested is attached.

                              Respectfully submitted,

                              Jeffrey A. Taylor
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              Rudolph Contreras
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              s/Sherease Louis
                              SHEREASE LOUIS
                              Special Assistant United States Attorney
                              United States Attorney's Office
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              202-307-0895/ FAX 202-514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. RAY,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v.                                   )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No.  06-1673 (RWR) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of August 2007, I caused a true and correct copy of the foregoing motion and proposed order to be served upon *pro se* Plaintiff Anthony Ray, by placing a copy in the United States mail, via First Class prepaid postage, addressed as follows:

**ANTHONY D. RAY**
R# 04077-000
Cumberland F.C.I.
P.O.B. 1000
14601 Burbridge Road, SE
Cumberland, Maryland  21501-1000

                                                           /s Sherease Louis
                                                    SHEREASE LOUIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. RAY,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>    **Defendant.** )<br>_____) | Civil Action No. 06-1673 (RWR) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for An Enlargement of Time of thirty days, up to and including September 21, 2007, to answer, move or otherwise respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time, be GRANTED.

_____      _____
DATED                                            RICHARD W. ROBERTS
                                                              UNITED STATES DISTRICT JUDGE

Copies of this order to:

Anthony D. Ray, *pro se*
R# 04077-000
Cumberland F.C.I.
P.O.B. 1000
14601 Burbridge Road, SE
Cumberland, Maryland  21501-1000

Sherease Louis, Esq.
Special Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530