UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. RAY,**           )<br>                              )<br>      **Plaintiff,**          )<br>                              )<br>      v.                      )<br>                              )<br>**FEDERAL BUREAU OF PRISONS,** )<br>                              )<br>      **Defendant.**          )<br>_____) | Civil Action No.  06-1673 (RWR) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests an enlargement of time of twelve days, up to and including October 3, 2007, to answer, move or otherwise respond to Plaintiff's Complaint.  This is Defendant's second request for an enlargement of time.  Since the Plaintiff is incarcerated and is proceeding *pro se*, LCvR7 (m) does not require that undersigned counsel confer with him about this Motion.  LCvR7(m) (requiring consultation with "opposing counsel").  The grounds for this request are as follows:

1. A response to the Complaint is currently due on September 21, 2007.

2. At the time the FOIA request was initially received, the Bureau of Prisons ("BOP") experienced a processing error concerning which of their offices would handle the FOIA request, and which of their offices would assist in the preparation of a response to the Complaint.  The BOP requested an extension of thirty days and has now compiled and redacted approximately 325 pages of information responsive to the FOIA request.

3. The BOP requires the FOIA Administrator to review all requests for documents that have been redacted. As the FOIA Administrator is out of the office on travel until October 1, 2007, the redacted documents cannot be reviewed and released until that date.

4. Additional time beyond October 1, 2007, is necessary to allow defense counsel to confer with agency counsel, review Defendant's declaration, prepare Defendant's response in a thorough manner, and circulate the response for review.

Accordingly, for the reasons stated herein, Defendant respectfully requests an enlargement of time of twelve days, up to and including October 3, 2007, to answer, move or otherwise respond to Plaintiff's Complaint. A proposed Order consistent with the relief requested is attached.

Respectfully submitted,

    Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Sherease Pratt
SHEREASE PRATT
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. RAY,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 06-1673 (RWR) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of September 2007, I caused a true and correct copy of the foregoing motion and proposed order to be served upon *pro se* Plaintiff Anthony Ray, by placing a copy in the United States mail, via First Class prepaid postage, addressed as follows:

**ANTHONY D. RAY**
R# 04077-000
Cumberland F.C.I.
P.O.B. 1000
14601 Burbridge Road, SE
Cumberland, Maryland 21501-1000

　　　　　　　　　　　　　　　　　　　　　　　／s Sherease Pratt
　　　　　　　　　　　　　　　　　　　　　　　SHEREASE PRATT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. RAY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS.** )<br>)<br>Defendant. ) | Civil Action No.: 06-1673 (RWR) |

### DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2. This declaration is being provided in support of the governments's motion to enlarge time for a responsive pleading in the above referenced matter. As stated in the government's previous motion for enlargement of time the Bureau of Prisons (BOP) experienced a processing error when this FOIA request was initially received. A request was made for the BOP to be allowed to properly process the request and forward any/all materials found to be responsive to

1

plaintiff's FOIA Request. We have located approximately 325 pages of information in response to this request.

3. The redacting of these documents that are responsive to plaintiff's FOIA Request has been completed; however, the BOP requires FOIA Administrator to review any/all requests for documents that have excisions. The reason for the delay is the FOIA Administrator is currently out of the office on travel until Monday, October 1, 2007 and cannot review the redacted documents to authorize releasing the documents. Once this action occurs, the material will be released to the plaintiff.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 21 day of September 2007, at Washington, D.C.

/s/ Wilson J. Moorer
Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons
Washington, D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. RAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1673 (RWR) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for An Enlargement of Time of twelve days, up to and including October 3, 2007, to answer, move or otherwise respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time, be GRANTED.

_____     _____
DATED                                              RICHARD W. ROBERTS
                                                          UNITED STATES DISTRICT JUDGE


Copies of this order to:

Anthony D. Ray, *pro se*
R# 04077-000
Cumberland F.C.I.
P.O.B. 1000
14601 Burbridge Road, SE
Cumberland, Maryland  21501-1000

Sherease Pratt, Esq.
Special Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530