UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. RAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1673 (RWR) |

**DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests an enlargement of time of two days, up to and including October 5, 2007, to answer, move or otherwise respond to Plaintiff's Complaint. This is Defendant's third request for an enlargement of time. Since the Plaintiff is incarcerated and is proceeding *pro se*, LCvR7 (m) does not require that undersigned counsel confer with him about this Motion. LCvR7(m) (requiring consultation with "opposing counsel"). The grounds for this request are as follows:

1. A response to the Complaint is currently due on October 3, 2007.

2. The BOP has compiled and released ninety-seven pages of information responsive to the FOIA request.

3. An additional two days beyond the October 3, 2007, response date is necessary to allow defense counsel to further confer with agency counsel, review Defendant's declaration, finalize Defendant's response, and circulate the response for review.

Accordingly, for the reasons stated herein, Defendant respectfully requests an enlargement of time of two days, up to and including October 5, 2007, to answer, move or

otherwise respond to Plaintiff's Complaint. A proposed Order consistent with the relief requested is attached.

        Respectfully submitted,

        ____Jeffrey A. Taylor_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        ____Rudolph Contreras_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        ____s/Sherease Pratt_____
        SHEREASE PRATT
        Special Assistant United States Attorney
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-307-0895/ FAX 202-514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. RAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1673 (RWR) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of October 2007, I caused a true and correct copy of the foregoing motion and proposed order to be served upon *pro se* Plaintiff Anthony Ray, by placing a copy in the United States mail, via First Class prepaid postage, addressed as follows:

**ANTHONY D. RAY**
R# 04077-000
Cumberland F.C.I.
P.O.B. 1000
14601 Burbridge Road, SE
Cumberland, Maryland  21501-1000

/s Sherease Pratt
SHEREASE PRATT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. RAY,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v.    )    Civil Action No.  06-1673 (RWR)<br>)<br>**BUREAU OF PRISONS,** )<br>)<br>    **Defendant.** )<br>_____) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for An Enlargement of Time of two days, up to and including October 5, 2007,  to answer, move or otherwise respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time, be GRANTED.


_____              _____
DATED                                                         RICHARD W. ROBERTS
                                                                     UNITED STATES DISTRICT JUDGE


Copies of this order to:

Anthony D. Ray**,** *pro se*
R# 04077-000
Cumberland F.C.I.
P.O.B. 1000
14601 Burbridge Road, SE
Cumberland, Maryland  21501-1000

Sherease Pratt, Esq.
Special Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530