## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY D. RAY,                           )
Reg. No. 04077-000                        )
Federal Correctional Institution )
P.O. Box 1000                             )
14601 Burbridge Road, SE                  )
Cumberland, MD 21501-1000,                )
                                          )
            Plaintiff,                    )
                                          )
    -vs-                                  )     Civil No. 06-1673 (RWR)
                                          )
FEDERAL BUREAU OF PRISONS,                )
320 First Street, NW                      )
Washington, D.C. 20534,                   )

### AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
### WITH DEMAND FOR JURY TRIAL

1.   This is an action under the Freedom of Information Act ("FOIA"),
5 USC § 552, as amended, and the Privacy Act ("PA"), 5 USC § 552a,
to obtain an order for the production of agency records previously
requested by Plaintiff pursuant ot the aforesaid Acts, which
previous requests have either been ignored or denied by the defendant.

2.   This Court has jurisdiction over this action pursuant to 5 USC
§ 552(a)(4)(B) and 5 USC § 552a(g)(1)(B), (g)(1)(D), (g)(3)(A),(g)
(4)(A) and (g)(4)(B).

3.   Plaintiff, Anthony Ray, is a District of Columbia prisoner in
the federal Correctional Institution at  Cumberland, MD ("FCI Cumber-
land").   He is the requestor of the withheld records.

4.   Defendant, Bureau of Prisons ("BOP"),           is an agency of

the United States, and it has possession of, and control over, the records that Plaintiff seeks.

5.     The FOIA provides in pertinent part:

> "Except with respect to the records made available under paragraphs (1) and (2) of this subsection, and except as provided in subparagraph (E), each agency, upon any request for records which (i) reasonably describes such recores and (ii) is made in accordance with published rules...shall make the records promptly available to any person."

5 USC § 552(a)(3)(A);

> "Each agency, upon any request for records made under paragraph (1), (2), or (3) of this subsection, shall-- (i) determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination..."

5 USC 552(a)(6)(i).

6.     On January 13, 2006, Plaintiff mailed a FOIA/PA request-letter to the defendant agency, by delviering it to prison authorities with first-class postage prepaid and addressed to: Federal Bureau of Prisons, 320 first Street, N.W., Washington, D.C. 20001. A true copy of Plaintiff's FOIA/PA request-letter to the Defendant is attached as Exhibit 1.

7.     The BOP has not responded to Plaintiff's January 13, 2006 letter requesting disclosure of records under the FOAI/PA.

8.     On April 29, 2006, Plaintiff mailed to the U.S. Department of Justice, Office of Information and Privacy (OIP), a letter appealing the BOP's failure to respond to Plaintiff's request for disclosure of records, on the ground that such failure

contravenes statutory provisions of FOIA/PA.

9.      The OIP subsequently responded to Plaintiff's April
29, 2006 appeal-letter. The OIP response to Plaintiff's adminis-
trative appeal stated in sum:

> Department of Justice regulations provide for an admin-
> istrative appeal only after there has been an adverse
> determination by a component. As no adverse determination
> has yet been made regarding your records request, there
> is no action for this Office to consider on appeal.
> The FOIA itself contemplates judicial review, rather
> than an administrative appeal, when an agency has failed
> to respond to a request within the statutory time limits.
> We have forwarded your letter to the BOP. If you are
> dissatisfied with the ultimate action of the BOP, you
> may appeal again to this Office.

10.     More than 20 days have passed since Plaintiff mailed
his original request for records to the BOP but Plaintiff has
received no response from BOP. More than 20 days have passed
since OIP forwarded a copy of Plaintiff's original FOIA request-
letter to the BOP but BOP has persisted in its refusal to respond
to Plaintiff's request for records.

11.     It is a practice and custom of BOP to ignore prisoner
FOIA requests, and/or to delay any response to such requests unless
and until the prisoner files a lawsuit, knowing that most prisoners
are unwilling to incur the costs of litigation.

12.     Plaintiff has a statutory right to the records he seeks.
There is no legal basis for Defendant to refuse to respond to
Plaintiff's request for access to records, or to deny or continue
to delay disclosure of the records requested by Plaintiff.

        WHEREFORE, Plaintiff prays this Honorable Court to:

        (1) Declare that Defendant's failure to respond to Plain-

till's request for records, and failure to make a more timely
disclosure of the records requested, was and is unlawful;

(2) Order Defendant to make the requested records available
to Plaintiff without further delay;

(3) Issue an injunction to preven the BOP from continuing
its invalid practice of not responding at all to prisoner FOIA/PA
reqeusts;

(4) Make a written finding that the circumstances surrounding
the BOP's failure to respond to requests of prisoners for, and
practice of withholding prisoner requested records, raises questions
whether there has been arbitrary or capricious agency action,
and make a referral of the matter to the Merit Systems Protection
Board for investigation, pursuant to subsection (a)(4)(F);

(5) Award Plaintiff his costs in this action;

(6) Expedite this lawsuit pursuant to 28 USC § 1657(a);

(7) Grant such other and further relief as the Court may
deem just and proper.

Respectfully submitted,

Anthony Ray
Anthony Ray

Executed:  September  28th  , 2007

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this $28\underline{th}$ day of September, 2007,
I caused a true and correct copy of the foregoing, Amended Complaint
for Declaratory and Injunctive Relief With Demand for Jury Trial,
to be served on the Defendant, Bureau of Prisons, by delivering
same to prison officers for posting with prepaid certified mail
postage and receipt affixed, and addressed to:

    Sherease Louis
    Special Assistant U.S. Attorney
    Judiciary Center Bldg.
    555 Fourth Stree, N.W.
    Room E4220
    Washingotn, D.C. 20530

_____
Anthony Ray