UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY D. RAY,           )
                          )
        Plaintiff,        )
                          )
    -vs-                  )   Civil No. 06-1673 (RWR)
                          )
BUREAU OF PRISONS,        )
                          )
        Defendant.        )


PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

   NOW COMES the Plaintiff, Anthony D. Ray, pro se, and respectfully requests this Honorable Court to enter an Order enlarging the time within which Plaintiff may file his Opposition or otherwise respond to the Defendant's motion for summary judgment. In support of the instant motion, Plaintiff submits to the Court as follows:

   1. This is a Freedom of Information Act/Privacy act (FOIA/PA) lawsuit, 5 U.S.C. §§ 552, 552a, to compel disclosure of federal agency records. However, the lawsuit also seeks declaratory and injunctive relief for the Defendant's knowing and willful non-compliance with statutory mandates, and costs of litigation.

   2. On October 5, 2007, the Defendant filed a motion for summary judgment, pursuant to Federal Rule of Civil Procedure (FRCvP) 56, alleging, inter alia, that "FOIA/PA records Plaintiff seeks have been released...[t]herefore, Defendant is entitled to judgment in its favor as a matter of law." Defendants Motion

for Summary Judgment (Defendant's Motion) at 1.

3. Plaintiff has been advised that to defeat Defendant's Motion he is required to present to this Court an exposition of facts and/or legal arguments showing that summary disposition of the case in defendant's favor is inappropriate.

4. Upon information, Plaintiff believes that facts and legal arguments exist which warrant the denial of the Defendant's Motion; however, Plaintiff, who is proceeding in this aciton pro se, is not personally capable of effectively presenting said facts and arguments to this Court.

5. Plaintiff has little formal education, no training in the law, and no prior experience as a pro se litigant. Plaintiff has depended on the assistance of inmate law library clerks to prepare and present the documents and papers filed in this case to date.

6. The legal assistance on which Plaintiff depends to respond to the Defendant's Motion is not available on demand, but is provided upon request and contingent on the nature, number order of requests for legal assistance which the law clerks are confronted with at a given time.

7. Plaintiff has been advised that: due to the size and complexity of the current workload, a library clerk cannot begin to prepare a response to Defendant's Motion before December 1, 2007; and an additional 14 days will be required for completion.

8. The Defendant will not be prejudiced by the Court's

granting of the instant motion. In fact, equitable principles militate in favor of granting Plaintiff's request for enlargement, inasmuch as Defendant requested and received 3 enlargements of time in which to answer the FOIA/PA Complaint.

9. Additionally, granting the instant motion will accord with the Constitution's First and Fifth Amendment guarantees of the right to seek redress of grievance, and to be afforded a full, fair and meaningful opportunity to be heard on all claims of entitlement to judicial relief.

WHEREFORE, Plaintiff prays the Court will grant this motion for enlargement of time, up to and including December 17, 2007, in which to file a response to Defendant's motion for summary judgment.

Respectfully submitted,

*Anthony Ray*
Anthony Ray
Reg. No. 04077-000
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501-1000

Executed: October 22, 2007

## VERIFICATION

I declare under the penalty of perjury that material statements in the foregoing Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment are true and correct based on personal knowledge, information and belief.

_____
Anthony Ray

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. RAY,                )
                               )
    -vs-                       )   Civil No. 06-1673 (RWR)
                               )
BUREAU OF PRISONS.             )

**ORDER**

Upon consideration of the Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment, and any opposition thereto, it is this ____ day of _____, 2007

**ORDERED** that the Plaintiff's motion for enlargement of time to respond to Defendant's motion for summary judgment be and is hereby granted; and it is further

**ORDERED** that Plaintiff may file opposition or otherwise respond to Defendant's summary judgment motion up to and including December 17, 2007.

                                      _____
                                      Richard W. Roberts
                                      United States District Court

Copies to:

Anthony D. Ray                    Sherease Pratt
Reg. No. 04077-000                Assistant U.S. Attorney
P.O. Box 1000                     555 Fourth Street, NW
Cumberland, MD 21501-1000         Washington, D.C. 20530

CERTIFICATE OF SERVICE

I hereby certify that on this 23nd day of October, 2007, I caused a true copy of the foregoing Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment to be served on the attorneys for the Defendant by delivering same to prison officers for mailing, with first-class postage prepaid and addressed to:

Sherease Pratt
Assistant U.S. Attorney
555 Fourth Street, NW
Washington, D.C. 20530

_____
Anthony Ray