UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

DEC  4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY D. RAY,                    )
                                   )
          Plaintiff,               )
                                   )
     -vs-                          )   Civil No. 06-1673 (RWR)
                                   )
BUREAU OF PRISONS,                 )
                                   )
          Defendant.               )

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

     NOW COMES the Plaintiff, Anthony D. Ray, pro se, and respect-
fully requests this Honorable Court to enter an Order enlarging
the time within which Plaintiff may file his Opposition or otherwise
respond to the Defendant's motion for summary judgment.  In support
of the instant motion, Plaintiff submits to the Court as follows:

     1.  This is a Freedom of Information Act/Privacy act (FOIA/PA)
lawsuit, 5 U.S.C. §§ 552, 552a, to compel disclosure of federal
agency records.  However, the lawsuit also seeks declaratory and
injunctive relief for the Defendant's knowing and willful non-
compliance with statutory mandates, and costs of litigation.

     2.  On October 5, 2007, the Defendant filed a motion for
summary judgment, pursuant to Federal Rule of Civil Procedure
(FRCvP) 56, alleging, inter alia, that "FOIA/PA records Plaintiff
seeks have been released...[t]herefore, Defendant is entitled
to judgment in its favor as a matter of law." Defendants Motion

for Summary Judgment (Defendant's Motion) at 1.

3.  Plaintiff has been advised that to defeat Defendant's Motion he is required to present to this Court an exposition of facts and/or legal arguments showing that summary disposition of the case in defendant's favor is inappropriate.

4.  Upon information, Plaintiff believes that facts and legal arguments exist which warrant the denial of the Defendant's Motion; however, Plaintiff, who is proceeding in this aciton pro se, is not personally capable of effectively presenting said facts and arguments to this Court.

5.  Plaintiff has little formal education, no training in the law, and no prior experience as a pro se litigant.  Plaintiff has depended on the assistance of inmate law library clerks to prepare and present the documents and papers filed in this case to date.

6.  The legal assistance on which Plaintiff depends to respond to the Defendant's Motion is not available on demand, but is provided upon request and contingent on the nature, number order of requests for legal assistance which the law clerks are confronted with at a given time.

7.  Plaintiff has been advised that: due to the size and complexity of the current workload, a library clerk cannot begin to prepare a response to Defendant's Motion before December 1, 2007; and an additional 14 days will be required for completion.

8.  The Defendant will not be prejudiced by the Court's

granting of the instant motion. In fact, equitable principles militate in favor of granting Plaintiff's request for enlargement, inasmuch as Defendant requested and received 3 enlargements of time in which to answer the FOIA/PA Complaint.

9.  Additionally, granting the instant motion will accord with the Constitution's First and Fifth Amendment  guarantees of the right to seek redress of grievance, and to be afforded a full, fair and meaningful opportunity to be heard on all claims of entitlement to judicial relief.

WHEREFORE, Plaintiff prays the Court will grant this motion for enlargement of time, up to and including December 17, 2007, in which to file a response to Defendant's motion for summary judgment.

Respectfully submitted,

Anthony Ray
Reg. No. 04077-000
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501-1000

Executed: October 22, 2007

-3-

## VERIFICATION

I declare under the penalty of perjury that material statements in the foregoing Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment are true and correct based on personal knowledge, information and belief.

_____
Anthony Ray

## CERTIFICATE OF SERVICE

I hereby certify that on this  23rd  day of October, 2007, I caused a true copy of the foregoing Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment to be served on the attorneys for the Defendant by delivering *same to* prison officers for mailing, with first-class postage prepaid and addressed to:

> Sherease Pratt
> Assistant U.S. Attorney
> 555 Fourth Street, NW
> Washington, D.C. 20530

Anthony Ray
Anthony Ray

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. RAY,                    )
                                   )
    -vs-                           )   Civil No. 06-1673 (RWR)
                                   )
BUREAU OF PRISONS.                 )

**O R D E R**

Upon consideration of the Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment, and any opposition thereto, it is this _____ day of _____, 2007

**ORDERED** that the Plaintiff's motion for enlargement of time to respond to Defendant's motion for summary judgment be and is hereby granted; and it is further

**ORDERED** that Plaintiff may file opposition or otherwise respond to Defendant's summary judgment motion up to and including December 17, 2007.

Richard W. Roberts
United States District Court

Copies to:

Anthony D. Ray
Reg. No. 04077-000
P.O. Box 1000
Cumberland, MD 21501-1000

Sherease Pratt
Assistant U.S. Attorney
555 Fourth Street, NW
Washington, D.C. 20530

Anthony D. Ray
Reg. No. 04077-000
Federal Correctional Institution
P.O. Box 1000
Cumberland, Maryland 21501-1000


November 20, 2007


The Honorable Richard W. Roberts
United States District Judge
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE:  <u>Ray v. Federal Bureau of Prisons</u>, Civ. No. 06-1673(RWR) -- Letter/Motion
     Renewing Request for Enlargement of Time to Respond to Respond to Defendant's
     Motion for Summary Judgment

     I, Anthony D. Ray, pro se Plaintiff in the Case captioned above, hereby
renew my request for an ORDER enlarging the time within which I may respond to
the Defendant's motion for summary judgment.  In support of granting the relief
requested herein I state to the Court the following:

     1.  On October 5, 2007, the Defendant filed a motion for summary judgment
in this case in its favor.

     2.  On or about October 10, 2007, I delivered to prison officers for
mailing to this Court a motion for enlargement of time to respond to Defendant's
motion for summary judgment, a copy of which is enclosed herewith and is incor-
porated herein by reference.  (A copy of my enlargment motion was mailed to
the Defendant also.)

     3.  Later on the same day that I filed and served my motion for enlargement,
I received in the mail a copy of this Court's October 24, 2007 ORDER, which
directed me to file an opposition or response to Defendant's summary judgment
mtion by November 30, 2007, or risk entry of judgment in Defendant's favor.

     4.  To date, I haven't heard from the Court with respect to a decision
on my motion for enlargement, which requests I be allowed to file a response
to Defendant's motion to and including December 17, 2007 -- an extension of
approximately **two weeks** beyond the time limit set by the aforementioned ORDER.

     5.  I depend on the assistance of others to advocate my interests and
rights so as to ensure meaningful consideration by this Court.  The availability
of assistance necessary for me to adequately respond to Defendnat's summary
judgment motion  was delayed by circumstances described in  my original motion
for enlargement of time.

6. The disposition of this action to compel disclosure of public records and information has been postponed for substantial periods of time and for a variety or reasons, but no delays have been caused or requested by me before now.

7. The public's interest in the administration of justice by its courts will be better served by the Court's granting me additional time to respond to the summary judgment motion, where the moving party has previously requested and received three enlargements of time to enable its battery of attorneys to make their case to avoid adverse judgment.

For the reasons stated above, I respectfully urge this Honorable Court to grant this Renewed Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment.

I declare under the penalty of perjury, pursuant to 28 USC § 1746, that material statements herein are true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

_____
Anthony Ray

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, with first-class postage prepaid, to the following person(s) on this 20th day of November, 2007:

Sherease Pratt
Assistant U.S. Attorney
555 Fourth Street, NW
Washington, D.C.

_____
Anthony Ray