## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY D. RAY, | ) |
| Plaintiff, | ) Civil Action No. 06-1673 (RWR) |
| v. | ) |
| BUREAU OF PRISONS, | ) |
| Defendant. | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante, and remove the appearance of Special Assistant United States Attorney Sherease Pratt, as counsel for the Defendant in the above-captioned case.

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2007, I caused a copy of the foregoing Notice of Substitution to be served by First-Class mail, postage prepaid, on:

Anthony D. Ray (pro se)
Reg. # 04077-000
Cumberland FCI
P.O. Box 1000
14601 Burbridge Road, SE
Cumberland, Maryland 21501-1000

\_\_\_\_/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov