UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. RAY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 06-1673 (RWR) |
| v. | ) <br> ) |
| BUREAU OF PRISONS, | ) <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY TO PLAINTIFF'S DECLARATION IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves the Court for an enlargement of time of 30 days to, and including, January 16, 2008, in which to file a reply to Plaintiff's Declaration in Opposition to Defendant's Motion for Summary Judgment in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This is Defendant's first request for an enlargement of time to file a reply. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case.

By Minute Order of December 4, 2007, the Court ordered Plaintiff to file an opposition to Defendant's Motion for Summary Judgment by December 31, 2007. The Court did not set a date for Defendant to file a reply memorandum, which is otherwise due five days after service under LcvR 7(d). Plaintiff's opposition was mailed on December 3, 2007, received by the Clerk's Office on December 6, 2007, and entered on the electronic court filing (ECF) docket on December 10, 2007. Defendant received notice of the filing of the opposition through ECF on December 10, 2007. However, undersigned counsel, who entered an appearance in this case as new counsel on December

12, 2007, has not yet received the service copy of the opposition. Under these circumstances, Defendant submits our reply should be due 5 days after the opposition was entered on the ECF docket, which is when we first received the reply.[1]

Defendant requests an enlargement of time because this case was recently reassigned to the undersigned Assistant United States Attorney (AUSA), and Defendant's Motion for Summary Judgment was filed by the Special AUSA previously assigned to the case. Undersigned counsel therefore needs additional time to review the case files, and to confer and consult with agency counsel, prior to filing the reply.

WHEREFORE, Defendant respectfully requests an enlargement of time of 30 days to file a reply.

---

[1] In the event that the Court decides Defendant's reply was due on an earlier date, we request that this motion be treated as a motion for leave to request an enlargement of time after the expiration of the time for filing a reply.

2

        Respectfully submitted,


         /s/
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney


         /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney


         /s/
        JOHN G. INTERRANTE
        PA Bar # 61373
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        (202) 514-8780 (fax)
        John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

      Anthony D. Ray (pro se)
      Reg. # 04077-000
      Cumberland FCI
      P.O. Box 1000
      14601 Burbridge Road, S.E.
      Cumberland, Maryland 21501-1000

on this 17th day of December, 2007.

          ____/s/_____
          JOHN G. INTERRANTE
          Assistant United States Attorney
          Civil Division
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 514-7220
          (202) 514-8780 (fax)
          John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. RAY,<br><br>           **Plaintiff,**<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>           **Defendant.** | )<br>)<br>)<br>)<br>)  **Civil Action No. 06-1673 (RWR)**<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to File Reply to Plaintiff's Declaration in Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file a reply by January 16, 2008.

It is **SO ORDERED** this _____ day of December, 2007.


                                                      Richard W. Roberts
                                                      United States District Judge