UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY D. RAY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-1673 (RWR) ) |
| FEDERAL BUREAU OF PRISONS, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY TO PLAINTIFF'S DECLARATION IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves the Court for an enlargement of time of 30 days to, and including, February 15, 2008, in which to file a reply to Plaintiff's Declaration in Opposition to Defendant's Motion for Summary Judgment in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant's reply is due on January 16, 2008. This is Defendant's second request for an enlargement of time to file a reply. Undersigned counsel requested the first enlargement after he entered an appearance in the case on December 12, 2007. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case.

The requested enlargement of time is required because, upon review of the case file, undersigned counsel has requested that Defendant conduct a supplemental search for information relating to Plaintiff's request. More specifically, Plaintiff requested information about the laboratory that conducted the analysis of a urine sample he submitted on or about November 9, 2005. In the interim, the contract for conducting these tests was awarded to a different company, and the documents disclosed to Plaintiff related to the company conducting the tests at the time of the

records search conducted several months ago.

Undersigned counsel anticipates filing a supplemental declaration relating to the supplemental search, and addressing both searches in our reply or in a renewed motion for summary judgment, as may be appropriate. Defendant will not oppose a request by Plaintiff to file an appropriate supplemental memorandum limited to any new issues that may be raised in our reply brief or renewed motion for summary judgment.

WHEREFORE, Defendant respectfully requests an enlargement of time of 30 days to file a reply.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

>Anthony D. Ray (pro se)
>Reg. # 04077-000
>Cumberland FCI
>P.O. Box 1000
>14601 Burbridge Road, S.E.
>Cumberland, Maryland 21501-1000

on this 15th day of January, 2008.

>____/s/_____
>JOHN G. INTERRANTE
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY D. RAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1673 (RWR) |

### ORDER

Upon Consideration of the Defendant's Second Motion for Enlargement of Time to File Reply to Plaintiff's Declaration in Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file a reply by February 15, 2008.

It is **SO ORDERED** this _____ day of January, 2008.


Richard W. Roberts
United States District Judge