## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY D. RAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 06-1673 (RWR)** |
| **v.** | ) | |
| | ) | |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant respectfully moves the Court for an enlargement of time of 30 days to, and including, March 17, 2008, in which to file a reply to Plaintiff's Declaration in Opposition to Defendant's Motion for Summary Judgment in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant's reply is due on February 15, 2008.  This is Defendant's third request for an enlargement of time to file a reply.

Undersigned counsel requested the first enlargement after he entered an appearance in the case on December 12, 2007.  The second requested enlargement of time was required because, upon review of the case file, undersigned counsel requested that Defendant conduct a supplemental search for information relating to Plaintiff's request.  More specifically, Plaintiff requested information about the laboratory that conducted the analysis of a urine sample he submitted on or about November 9, 2005.  In the interim, the contract for conducting these tests was awarded to a different company, and the documents disclosed to Plaintiff related to the company conducting the tests at the time of the records search conducted several months ago.  Defendant will not oppose a request by Plaintiff to file an appropriate supplemental memorandum limited to any new issues that may be

raised in our reply brief or renewed motion for summary judgment. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case.

The requested enlargement of time is required because the agency, BOP, is preparing a supplemental declaration in this pro se prisoner FOIA case describing the second document search. The agency has identified responsive documents in the supplemental search and is in the process of making appropriate disclosures. Undersigned counsel requires additional time to make appropriate revisions to its summary judgment motion.

WHEREFORE, Defendant respectfully requests an enlargement of time of 30 days to file a reply.

Respectfully submitted,


   /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


   /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage

prepaid to:

Anthony D. Ray (pro se)
Reg. # 04077-000
Cumberland FCI
P.O. Box 1000
14601 Burbridge Road, S.E.
Cumberland, Maryland 21501-1000

on this 15th day of February, 2008.

_____/s/_____
JOHN G. INTERRANTE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY D. RAY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 06-1673 (RWR)** |
| **v.** | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon Consideration of the Defendant's Third Motion for Enlargement of Time to File Reply to Plaintiff's Declaration in Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file a reply by March 17, 2008.

It is **SO ORDERED** this _____ day of February, 2008.


_____
Richard W. Roberts
United States District Judge