UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY D. RAY, )
                )
     Plaintiff, )
                )
     -vs-       ) Civil No. 06-1673 (RWR)
                )
BUREAU OF PRISONS, )
                )
     Defendant. )

MOTION TO COMPEL DISCOVERY

Plaintiff in the cause captioned above, Anthony D. Ray, pro se, hereby moves this Honorable Court, pursuant to Federal Rules of Civil Procedure 33, 34 and 37, to enter an order compelling the Defendant, Bureau of Prisons, to answer interrogatories and produce documents, as requested by Plaintiff on December 17, 2007. In support of granting the relief requested herein, Plaintiff refers the Court to the Declaration filed herewith.

Respectfully submitted,

March 14, 2008

Anthony Ray
Reg. No. 04077-000
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501-1000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. RAY,            )
                           )
        Plaintiff,         )
                           )
    -vs-                   )   Civil No. 06-1673 (RWR)
                           )
BUREAU OF PRISONS,         )
                           )
        Defendant.         )

PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION TO COMPEL

I, Anthony D. Ray, am the Plaintiff in the above-captioned cause. I make the following statements under the penalty of perjury, and in support of my motion to compel discovery.

1. On December 17, 2007, I served on Defendant's counsel a discovery request styled as Plaintiff's First Interrogatories And Requests For Production Of Documents, a copy of which is attached to this Declaration as Exhibit 1.

2. Defendant did not respond to this reqeust within 30 days as is required by Federal Rules of Civil Procedure 33 and 34, nor has Defendant requested from the Court an enlargement of time in which to comply with the discovery requests or seek my agreement to an enlargement of time for its compliance.

3. Defendant has not filed any objections to providing answers, information or materials sought.

4. On February 8, 2008, I wrote to Defendant's counsel pointing out that their responses were over a month late and requesting that they respond immediately. A copy of my letter is attached as Exhibit 2.

5. Defendant's counsel has not responded to my letter.

6. On February 11, 2008, I served on Defendant's counsel a request for admissions, a copy of which is attached as Exhibit 3.

7. Defendant did not respond to my request for admissions within 30 days, as required by Rule, nor has Defendant requested from the Court an enlargement of time in which to comply with the admissions request or seek my agreement to an enlargement of time for its compliance.

8. Defendant has not filed any objections to providing information sought in request for admissions.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant the Motion to Compel Discovery filed herewith.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

March 14, 2008

*Anthony Ray*
Anthony Ray
Reg. No. 04077-000
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501-1000

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2008, I caused a true and correct copy of the foregoing Motion and Declaration to be served on the attorneys for the Defendant by delivering same to prison officers for mailing, with first-class postage prepaid and addressed to:

John G. Interrante
Assistant U.S. Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530

_____