UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. RAY,                    )  | |
|                                                      )  | |
|            Plaintiff,                         )  | Civil Action No. 06-1673 (RWR) |
|                                                      )  | |
|     v.                                           )  | |
|                                                      )  | |
| BUREAU OF PRISONS,           )  | |
|                                                      )  | |
|            Defendant.                     )  | |

# PLEASE SEE DOCKET # 25 FOR DUPLICATE IMAGE