UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY RAY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1673 (RWR) |
| FEDERAL BUREAU OF PRISONS, | ) |
| Defendant. | ) |

**ORDER**

It is hereby

ORDERED that plaintiff's motion to compel discovery [Dkt. #24] is DENIED WITHOUT PREJUDICE, and it is further

ORDERED that defendant's motion for a protective order [Dkt. #26] is GRANTED. The parties shall not engage in discovery unless or until ordered to do so by the Court.

SO ORDERED.

Signed this 31st day of March, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge