RECEIVED
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. RAY,            )
                           )
        Plaintiff,         )
                           )
    -vs-                   )   Civil No. 06-1673 (RWR)
                           )
BUREAU OF PRISONS,         )
                           )
        Defendant.         )

### PLAINTIFF'S MOTION FOR LEAVE AND ALLOWANCE OF TIME TO FILE SUPPLEMENTAL PLEADINGS IN OPPOSITION TO DEFENDANT'S REPLY BRIEF/RENEWED MOTION FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Anthony D. Ray, pro se, and requests this Honorable Court to enter an order granting him leave and an allowance of sixty days within which to file supplemental pleadings in opposition to Defendant's Reply Brief/Renewed Motion for Summary Judgment. In support of the instant motion, Plaintiff states to the Court as follows:

1. This is a Freedom of Information Act lawsuit, 5 U.S.C. § 552, to compel disclosure of federal agency records. However, the lawsuit also seeks declaratory and injunctive relief for the Defendant's knowing and willful non-compliance with statutory mandates and costs of litigation.

2. On October 5, 2007, the Defendant filed a motion for summary judgment alleging it is entitled to judgment in its favor as a matter of law.

3. On or about December 1, 2007, Plaintiff filed a declara-

tion in opposition to Defendant's motion for summary judgment and a statement of disputed/unresolved factual issues precluding entry of summary judgment in Defendant's favor.

4. On or about December 12, 2007, following service of Plaintiff's responses to the motion for summary judgment which demonstrated beyond dispute that Defendant was not entitled to relief under Fed.R.Civ.P 56 as alleged, Defendant obtained different counsel and moved the Court several times for enlargements of time in which to file a reply to Plaintiff's declaration in opposition to Defendant's motion for summary judgment or "renewed motion for summary judgment." Defendant's Third Motion for Enlargement of Time to File Reply to Plaintiff's Declaration in Opposition to Defendant's Motion for Summary Judgment ("Def.'s 3rd Mot. to Enlarge"), at 2.

5. On March 17, 2008, Defendant filed its much delayed Reply Brief/renewed motion for summary judgment and accompanying documents.

6. Plaintiff has little formal education, not training in the law, and not prior experience as a pro se litigant. Plaintiff has depended on the assistance of inmate law clerks to prepare and present the papers filed by him in this case to date.

7. Upon information, Plaintiff believes that facts and legal arguments exist which require the denial by this Court of Defendant's renewed motion for summary judgment. However, the assistance on which Plaintiff depends to file supplemental

pleadings in opposition to Defendant's "renewed motion" is not available on demand, but is provided upon request and is contingent upon the nature, number and order of requests for legal assistance which the law clerks are confronted with at a given time.

8. Plaintiff has been advised that: due to the size and complexity of the current workload, a law clerk cannot begin to prepare supplemental pleadings in opposition to the Defendant's renewed motion before May 1, 2008, and that 30 days are necessary for research and document preparation.

9. The Defendant will not be prejudiced by the Court's granting of the instant motion. See Def.'s 3rd Mot. to Enlarge, at 1-2 ("Defendant will not oppose a request by Plaintiff to file an appropriate supplemental memorandum limited to any new issues that may be raised in our reply brief or renewed motion for summary judgment.").

10. Granting the instant motion will accord with First and Fifth Amendment guarantees of the right to seek redress of grievances and to a full, fair and meaningful opportunity to be ehard on claims of entitlement to judicial relief.

WHEREFORE, Plaintiff prays the Court will grant this motion for leave and and an allowance of sixty days, up to and including June 5, 2008, in which to file his supplemental pleadings in opposition to defendant's renewed motion for summary judgment.

Respectfully submitted,

April 5, 2008
*Anthony Ray* (signature)
Anthony Ray
Reg. No. 04077-000
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501-1000

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2008, I caused a true and correct copy of the foregoing, Motion for Leave and Allowance of Time to File Supplemental Pleadings in Opposition to Defendant's Reply Brief/Renewed Motion for Summary Judgement, to be served on the attorneys for the Defendant, by delivering same to prison officers for mailing with first class postage prepaid and addressed to:

John G. Interrante
Assistant U.S. Attorney
Civil Division, Room E-4806
555 Fourth Street, N.W.
Washington, D.C. 20530

*Anthony Ray* (signature)
Anthony Ray