**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTHONY D. RAY,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Case No: 06-01673 (RWR) |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF PRISONS** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Cindy S. Owens, Special Assistant United States Attorney, and remove the appearance of John G. Interrante, Assistant United States Attorney, as counsel for Defendant in the above captioned case.

Respectfully submitted,

/s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the Defendant's Notice of Substitution of Counsel has been served on May 8, 2008, by first class U.S. mail, postage pre-paid to:

ANTHONY D. RAY
R# 04077-000
Cumberland F.C.I.
P.O.B. 1000
14601 Burbridge Road, SE
Cumberland, Maryland 21501-1000

_____/s/_____
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov